IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK STINSON
Reg. #29908-076                                                    PLAINTIFF

v.                          No. 2:21-cv-111-DPM

JOHN P. YATES, Warden;
BLAIR, Camp Unit Manager, B.O.P.;
RANDLE, Lieutenant, B.O.P.;
RENDON, Camp Counselor, B.O.P.; and
B. CRAWFORD, Officer, B.O.P.                                       DEFENDANTS

## JUDGMENT

Stinson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 September 2021