IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK STINSON
Reg. #29908-076                                                         PLAINTIFF

v.                         No. 2:21-cv-111-DPM

JOHN P. YATES, Warden;
BLAIR, Camp Unit Manager, B.O.P.;
RANDLE, Lieutenant, B.O.P.;
RENDON, Camp Counselor, B.O.P.; and
B. CRAWFORD, Officer, B.O.P.                                    DEFENDANTS

ORDER

Motion, *Doc. 13*, denied. Nothing in Stinson's new paper changes the Court's conclusion in its 23 September 2021 Judgment and final Order. *Doc. 10 & 11*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 October 2021