IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK STINSON
Reg. #29908-076                                         PLAINTIFF

v.                          No. 2:21-cv-111-DPM

JOHN P. YATES, Warden;
BLAIR, Camp Unit Manager, B.O.P.;
RANDLE, Lieutenant, B.O.P.;
RENDON, Camp Counselor, B.O.P.; and
B. CRAWFORD, Officer, B.O.P.                            DEFENDANTS

## ORDER

Motion to correct the docket, *Doc. 26*, denied as moot. Stinson's application to proceed *in forma pauperis* in this Court was docketed as *Doc. 7*; and his request to proceed *in forma pauperis* on appeal was docketed as *Doc. 17*. The Court directs the Clerk to send Stinson another copy of those papers with a copy of the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021