IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK STINSON**
**REG #29908-076**                                                          **PLAINTIFF**

v.                     No. 2:21-cv-111-DPM

**JOHN P YATES, Warden, FCC Low;**
**BLAIR, Camp Unit Manager, B.O.P.;**
**RANDLE, Lieutenant, B.O.P. ;**
**RENDON, Camp Counselor, B.O.P.;  and**
**B. CRAWFORD, Officer, B.O.P.**                      **DEFENDANTS**

### ORDER

The Court entered judgment in September 2021.  Stinson appealed and the Court of Appeals summarily affirmed in December 2021.  This case is closed.  Motions for default judgment, *Doc. 34 & 35*, are therefore denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

<u>5 January 2022</u>