# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

MARK STINSON
REG #29908-076                                              PLAINTIFF

v.                    No. 2:21-cv-111-DPM

JOHN P YATES, Warden, FCC Low;
BLAIR, Camp Unit Manager, B.O.P.;
RANDLE, Lieutenant, B.O.P. ;
RENDON, Camp Counselor, B.O.P.; and
B. CRAWFORD, Officer, B.O.P.                     DEFENDANTS

## ORDER

The Court entered Judgment in September 2021 and the Court of Appeals affirmed the Judgment in December 2021. Stinson's motion for reconsideration, *Doc. 38*, has no merit and is denied. FED. R. CIV. P. 59(e).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2022