IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARK STINSON
REG #29908-076                          PLAINTIFF

v.                  No. 2:21-cv-111-DPM

JOHN P YATES, Warden, FCC Low;
BLAIR, Camp Unit Manager, B.O.P.;
RANDLE, Lieutenant, B.O.P.;
RENDON, Camp Counselor, B.O.P.; and
B. CRAWFORD, Officer, B.O.P.                DEFENDANTS

## ORDER

      The Court entered Judgment in September 2021 and the Court of Appeals affirmed the Judgment in December 2021. This case is closed. Stinson's motion for summons and default judgment, *Doc. 39*, has no merit and is denied.

      So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2020