# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MARK STINSON**
**REG #29908-076**                                                    **PLAINTIFF**

v.                                  **No. 2:21-cv-111-DPM**

**JOHN P YATES, Warden, FCC Low;**
**BLAIR, Camp Unit Manager, B.O.P.;**
**RANDLE, Lieutenant, B.O.P. ;**
**RENDON, Camp Counselor, B.O.P.;  and**
**B. CRAWFORD, Officer, B.O.P.**                           **DEFENDANTS**

## ORDER

The Court entered Judgment in September 2021 and the Court of Appeals affirmed the Judgment in December 2021.  Stinson's motion for reconsideration, *Doc. 44*, has no merit and is denied.  FED. R. CIV. P. 59(e).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2022