# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARK STINSON**
**Reg. No. 29908-076**                                                   **PLAINTIFF**

v.                           No. 2:21-cv-111-DPM

**JOHN P YATES, Warden, FCC Low;**
**BLAIR, Camp Unit Manager, B.O.P.;**
**RANDLE, Lieutenant, B.O.P. ;**
**RENDON, Camp Counselor, B.O.P.; and**
**B. CRAWFORD, Officer, B.O.P.**                      **DEFENDANTS**

## ORDER

Motion for copies, *Doc. 47*, granted. The Court directs the Clerk to send Stinson a copy of the docket sheet.

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

16 March 2022